UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| SHEILA WILLIAMS and | ) | |
| CARL GREGORY WILLIAMS, | ) | |
| | ) | Civil Action No. 2: 11-38-DCR |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | **JUDGMENT** |
| TOYOTA MOTOR SALES, U.S.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      Judgment is entered in favor of Defendant Toyota Motor Sales, U.S.A., with respect to all claims asserted in this action by Plaintiffs Sheila Williams and Carl Gregory Williams.

2.      This action is **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket.

3.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 20th day of January, 2012.



Signed By:

*Danny C. Reeves*

United States District Judge